

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF: | § | No. 08-25-00173-CV |
| | § | |
| J.V.G. and O.I.G., | | AN ORIGINAL PROCEEDING |
| | § | |
| Children. | | IN MANDAMUS |
| | § | |

## <u>MEMORANDUM OPINION</u>

Relator, Victor Gonzalez, filed a petition for writ of mandamus on July 2, 2025. After consideration, the Court has determined that Gonzalez is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. Any pending motions are dismissed as moot.

MARIA SALAS MENDOZA, Chief Justice

July 3, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.